Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CUPPLES,** | ) Case No. 11-6578 |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| vs. | ) |
| | ) |
| **FINANCIAL ASSET** | ) |
| **MANAGEMENT SYSTEMS, INC.** | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 28th day of December, 2011.

By:   s/Cynthia Levin
      Cynthia Z. Levin, Esq. (PA 27050)
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 28th day of December, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Juan R. Sanchez
United States District Court
Eastern District of Pennsylvania

Notification sent electronically via U.S. Mail to:

Melanie M. Norvell, Esq.
Bovis, Kyle & Burch, LLC
200 Ashford Center North, 5th Floor
Atlanta, GA 30338

This 28th day of December, 2011.

<u>s/Cynthia Z. Levin</u>
Cynthia Z. Levin